UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Derrick R. Sturm,<br>Attorney at Law, Bar No. 8277 | Case No. 2:25-ms-00008-APG<br><br>ORDER OF SUSPENSION |

On February 11, 2025, this Court entered an Order to Show Cause (OSC), which was sent to Mr. Sturm via certified mail. ECF No. 1. The OSC provided Mr. Sturm with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Sturm. Failure to respond within 30 days warrants an Order of Suspension See LR IA 11-7.

It is therefore ordered that Derrick R. Sturm, Bar No.8277, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 27th day of March 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 1st day of April 2025, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Derrick Raburn Sturm
> 3753 Howard Hughes Pkwy., Ste. 200
> Las Vegas, NV 89169
>
> Certified Mail No.: 9589 0710 5270 1165 2468 35

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada